No. 548. COLUMBIAN NATIONAL LIFE INSURANCE CO. *v.* KEYES; and
No. 549. COLUMBIAN NATIONAL LIFE INSURANCE CO. *v.* MARGUERITE KEYES, INCORPORATED. January 31, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John T. Harding, David A. Murphy,* and *R. C. Tucker* for petitioner. *Messrs. Arthur Miller* and *Alton Gumbiner* for respondents.

No. 550. WOOD ET AL. *v.* FIRST NATIONAL BANK ET AL. January 31, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Edward R. Adams* for petitioners. *Messrs. George G. Gilbert, Jr., Jewell I. Dilsaver,* and *Russell B. James* for respondents.

No. 551. CURACAO TRADING CO., INC. *v.* FEDERAL INSURANCE CO. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Theodore E. Wolcott* for petitioner. *Mr. George S. Brengle* for respondent.

No. 580. COLUMBIAN NATIONAL LIFE INSURANCE CO. *v.* GOLDBERG. January 31, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Frederic H. Nash* and *Clarence J. Hoyt* for petitioner. *Mr. David C. Haynes* for respondent.

No. 554. ARONOFF *v.* UNITED STATES. January 31, 1944. Petition for writ of certiorari to the Circuit Court